UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY A. STERNER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-08-300-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 10.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will conduct a new hearing, further develop the record and issue a new decision.  The ALJ will reevaluate and further develop the medical evidence or

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

...

record; reevaluate Plaintiff's credibility pursuant to *SSR* 96-7p; reevaluate Plaintiff's RFC pursuant to *SSR* 96-8p; and reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (Ct. Rec. 16) is dismissed as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 30, 2009.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE