UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KELLY A. STERNER,  )
    Plaintiff,  )
  )  NO. CV-08-300-CI
    v.  )
  )  **JUDGMENT IN A**
MICHAEL J. ASTRUE,  )  **CIVIL CASE**
Commissioner of Social Security,  )
  )
    Defendant.  )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: July 30, 2009

                JAMES R. LARSEN
                District Court Executive/Clerk

                s/ L. Stejskal
                Deputy Clerk